In the Matter of CHARLES E. IRONSIDE, Respondent, against ORDWAY TEAD et al., Constituting the Board of Higher Education of the City of New York, Appellants.

Argued May 21, 1940; decided June 11, 1940.

*William C. Chanler*, Corporation Counsel (*Stanley Buchs-baum*, *Paxton Blair* and *Nicholas Bucci* of counsel), for appellants.

*Arthur Carter Hume* for respondent.

Order affirmed, with costs. First question certified answered in the negative. Third question certified answered in the affirmative. Other questions certified not answered. No opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ. Taking no part: LEHMAN, Ch. J.